

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2019

No. 04-18-00861-CR & 04-18-00862-CR

Juan **ORTIZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7171 & 2018CR0457
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On August 26, 2019, we ordered appellant's counsel to file a brief, along with an explanation as to why his brief was timely filed, by September 5, 2019. On September 13, 2019, counsel filed a brief, but failed to file a response stating why he did not timely file the brief. On September 17, 2019, counsel filed a Motion for Leave of Court for Extension of Time to File Appellant's Brief Late, requesting an extension until September 13, 2019. After consideration, we **GRANT** the motion.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court